1   THOMAS E. FRANKOVICH (State Bar No. 074414)
    THOMAS E. FRANKOVICH,
2   *A PROFESSIONAL LAW CORPORATION*
    4328 Redwood Hwy., Suite 300
3   San Rafael, CA 94903
    Telephone:    (415) 674-8600
4   Facsimile:    (415) 674-9900

5   Attorney for Plaintiffs
    IRMA RAMIREZ and
6   DAREN HEATHERLY

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9
    IRMA RAMIREZ; and DAREN        )      **CASE NO. 3:14-CV-02339-NC**
10  HEATHERLY,                     )
                                   )
11        Plaintiff,               )      STIPULATION and [PROPOSED]
                                   )      ORDER TO CONTINUE CASE
12  v.                             )      MANAGEMENT CONFERENCE
                                   )
13                                 )
                                   )
14  ELINGAN HOLDINGS LLC, a California )
    Limited Liability Company; and HISAO )
15  AKIMOTO, an individual dba TANUKI )
    RESTAURANT,                    )
16                                 )
          Defendants.              )
17  _____)

18

19

20        Plaintiffs IRMA RAMIREZ and DAREN HEATHERLY, and defendants ELINGAN

21  HOLDINGS LLC, a California Limited Liability Company; and HISAO AKIMOTO, an

22  individual dba TANUKI RESTAURANT, by and through their respective attorney of record,

23  herby stipulate to continue the Case Management Conference set for February 4, 2015, at 10:00

24  a.m.

25        1.      **Whereas**, all defendants have been served with the summons and complaint; and

26        2.      **Whereas**, the parties conducted the General Order 56 Joint Site Inspection on

27  July 23, 2014, at the Tanuki Restaurant, located at 4419 California Street, California; and

28  ///

3.      **Whereas**, on August 15, 2014, plaintiffs submitted their global demand to defendants; and

4.      **Whereas**, the only barriers remaining are the tables for two (2) and an extra activation button for the door.  A report was forwarded to defense counsel on January 23, 2015, providing this information; and

5.      **Whereas**, the parties are attempting to resolve the matter without the need of defendants having to answer the complaint and participate in a mediation in order to reduce fees and costs. As the major remedial work has been agreed to, defense counsel only needs agreement by his clients to conclude the remediation agreement.  If settlement negotiations are unsuccessful, the parties will proceed with the mediation; and

6.      **Whereas**, plaintiffs have agreed to extend the time for defendants to answer the complaint up to and including March 1, 2015.  A Stipulation and Order for defendants to answer the complaint is being filed concurrently with this stipulation; and

7.      **Whereas**, the parties believe it would be in the interests of efficiency and economy to continue the Case Management Conference to sometime after May 15, 2015, as plaintiffs' counsel will be out of the country from March 20, 2015 to approximately April 30, 2015;

8.      **Therefore**, the parties respectfully request that the Case Management Conference currently scheduled for February 4, 2015, at 10:00 a.m. be continued until sometime after May 15, 2015.

**IT IS SO STIPULATED.**

///
///
///
///
///
///

1          This stipulation may be executed in counterparts and have the same force and effect as

2    though all signatures are on the same and/or consecutive pages. Photocopies and facsimile shall

3    have the same force and effect as originals.

4

5                              Respectfully submitted,

6

7    Dated: January 23, 2015          THOMAS E. FRANKOVICH,
                                       *A PROFESSIONAL LAW CORPORATION*

8

9

10                             By: ____/s/Thomas E. Frankovich_____
                                       Thomas E. Frankovich
11                             Attorney for Plaintiffs IRMA RAMIREZ; and
                               DAREN HEATHERLY
12

13   Dated: __1/23__, 2015          STRATMAN, PATTERSON & HUNTER

14

15                             By: _____

16                                  P. Richard Colombatto
                               Attorney for Defendants ELINGAN HOLDINGS
17                             LLC, a California Limited Liability Company; and
                               HISAO AKIMOTO, an individual dba TANUKI
18                             RESTAURANT

19

20                             [PROPOSED] ORDER

21       **IT IS SO ORDERED** that the Case Management Conference set for Wednesday,

22   February 4, 2015, at 10:00 a.m., is vacated and/or continued to _____May 27_____, 2015,

23   at _10:00_ a.m./ p.m.  The parties shall file a Joint Case Management Statement no later than

24   including a consent/declination to proceed before magistrate judge no later than seven days
     seven (7) days prior to the Conference.
25   prior to the Conference.

26

27   Dated: ___January 23___, 2015          _____

28                                          Honorable                      Judge
                                            California                  District

STIPULATION and [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. CV14-02339-NC                                                            3

IT IS SO ORDERED
AS MODIFIED
Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA